■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH BROWN, Appellant. [872 NYS2d 285]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered December 7, 2006, convicting him of murder in the second degree and burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he received the effective assistance of counsel (*see Strickland v Washington,* 466 US 668 [1984]; *People v Benevento,* 91 NY2d 708, 713-714 [1998]; *People v Baldi,* 54 NY2d 137, 146-147 [1981]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Rivera, J.P., Miller, Carni and McCarthy, JJ., concur.